UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARTINEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>ALLISON, et al.,<br><br>            Defendants. | **1:22-cv-01170-GSA-PC**<br><br>**ORDER ADDRESSING MOTION FOR LEAVE TO AMEND AND INFORMING PLAINTIFF HE HAS LEAVE TO AMEND THE COMPLAINT ONCE AS A MATTER OF COURSE**<br>**(ECF No. 7.)**<br><br>**ORDER DEEMING FIRST AMENDED COMPLAINT PROPERLY FILED ON APRIL 25, 2023**<br>**(ECF No. 8.)** |

**I.      BACKGROUND**

Carlos Martinez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on September 14, 2022.  (ECF No. 1.)

On April 25, 2023, Plaintiff filed a motion to amend the Complaint and a First Amended Complaint.  (ECF Nos. 7, 8.)

**II.     LEAVE TO AMEND – RULE 15(a)**

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served.  Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and

leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). Because Plaintiff has not amended the Complaint, and no responsive pleading has been served in this action, Plaintiff has leave to file an amended complaint as a matter of course. Thus, Plaintiff's motion to amend is resolved and the First Amended Complaint is deemed properly filed on April 25, 2023.

## III. CONCLUSION

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is informed that he has leave to amend the complaint once as a matter of course;
2. This order resolves Plaintiff's motion for leave to amend the complaint, filed on April 25, 2023; and
3. Plaintiff's First Amended Complaint is deemed properly filed on April 25, 2023.

IT IS SO ORDERED.

Dated:   **May 17, 2023**                          **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE