UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SECRETARY OF CALIFORNIA DEPARMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No.  1:22-cv-01170 GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT<br><br>(ECF No. 10) |

Plaintiff has filed a motion requesting leave to file a second amended complaint. ECF No. 10. At the time he filed the motion, he also lodged the second amended complaint with the Court. ECF No. 11.

A review of the motion indicates that Plaintiff would like to add defendants to his complaint. See ECF No. 10 at 2. Given that the first amended complaint has not been screened and served, the Court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to amend (ECF No. 10) is GRANTED.

IT IS SO ORDERED.

Dated:  **March 14, 2024**　　　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE COURT

1