UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No. 1:22-cv-01170 GSA (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT<br><br>(ECF No. 20) |

　　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  The mandate for an interlocutory appeal Plaintiff filed related to the Court's denial of his request for leave to amend (see ECF No. 18) is pending.

　　　　On September 5, 2024, Plaintiff filed an appeal regarding this Court's denial of his request to file a 4th amended complaint, and in addition Plaintiff filed a motion with this Court to proceed in the appeal *in forma pauperis* .  ECF Nos. 18, 19, 20.  On September 24, 2024, the Ninth Circuit dismissed Plaintiff's appeal for lack of jurisdiction.  Although a mandate has not yet been filed, notwithstanding Plaintiff's motion to proceed *in forma pauperis* on appeal is now moot. Therefore, the Court will disregard it as such.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to proceed in forma pauperis on appeal (ECF No. 20) is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:  **September 28, 2024**                    **/s/ Gary S. Austin**
                                                                         UNITED STATES MAGISTRATE JUDGE