UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARTINEZ, A.K.A. PEDRO SAUCEDO CALDERON, | No. 1:22-cv-01170 JLT GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADINGS |
| v. | (ECF No. 37) |
| SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | ORDER DENYING PLAINTIFF'S REQUEST FOR COPIES OF DISMISSED CASES |
| Defendants. | (ECF No. 37 at 5) |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On February 21, 2025, Plaintiff's in forma pauperis status was revoked after it was determined that he is a three strikes litigant within the meaning of 28 U.S.C. § 1915(g). See ECF Nos. 33, 35 (findings and recommendations; order adopting same, respectively).

Before this Court is Plaintiff's motion which asks the Court for leave to file supplemental pleadings. ECF No. 37. For the reasons stated below, Plaintiff's motion will be granted.

1

## I. BACKGROUND

### A. Order Revoking Plaintiff's In Forma Pauperis Status

On September 19, 2022, Plaintiff was granted in forma pauperis status. ECF No. 6. Thereafter, on December 17, 2024, after determining that Plaintiff was a three strikes litigant within the meaning of 28 U.S.C. § 1915(g), the Court ordered Plaintiff to show cause why his in forma pauperis status should not be revoked and he instead be required to pay the filing fee in full prior to proceeding any further with this case. ECF No. 29.

On January 22, 2025, Plaintiff's showing of cause was docketed. ECF No. 31. After reviewing it, the Court, having ultimately determined that Plaintiff's showing was inadequate, recommended that Plaintiff's in forma pauperis status be revoked and that he be required to pay the filing fee in full prior to proceeding any further in this action. See ECF No. 33.

On February 21, 2025, the District Judge assigned to this matter adopted the findings and recommendations in full. ECF No. 35. Consistent with that order, Plaintiff's in forma pauperis status was revoked and he was directed to pay the filing fee in full and to do so within thirty days. Id. at 10.

### B. Plaintiff's Motion for Relief from Judgment

On March 3, 2025, a motion requesting the District Judge to grant him relief from its order that Plaintiff be required to pay the filing fee in full consistent with 28 U.S.C. § 1915(g) was docketed. ECF No. 36. A little over three weeks later, Plaintiff filed the instant motion which requests the Court to consider the information in it simultaneously with his pending March 3, 2025, motion. See generally ECF No. 37.

## II. PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL PLEADINGS

In Plaintiff's instant motion to file supplemental pleadings, ultimately, he states that in the pending motion for relief from the District Court's order which has found that he is a three strikes litigant, he had incorrectly represented to the Court that two of the three strikes were not his. See generally ECF No. 37 at 1-2. However, despite the fact that Plaintiff acknowledges that the two strikes in question are in fact his, he makes a novel argument in support of why he should not be considered a three strikes litigant. See id. at 2-6.

1  Plaintiff also requests the Court to order the clerk to provide him "copies of the orders
2  dismissing the two strikes…". See ECF No. 37 at 5. He states that he needs copies of those
3  orders so that he can "file a supportable defense" of them. Id.

4  III. DISCUSSION

5  Given that the District Judge who is assigned to this matter issued the order which
6  revoked Plaintiff's in forma pauperis status, it is not within the undersigned's purview to consider
7  Plaintiff's motion for "Relief from Judgement. ECF No. 36. However, because the arguments
8  Plaintiff makes in the instant motion serve to correct some of the representations that Plaintiff has
9  made in the pending motion for relief from judgment that is currently before the District Judge,
10 the undersigned will grant Plaintiff's motion for leave to file the supplemental pleading. As a
11 result, the District Judge will be able to consider the substantive contents of the instant
12 supplemental pleading along with Plaintiff's pending motion for relief from judgment that is
13 before it.

14 As for Plaintiff's request that the Court send him copies of the orders that dismissed the
15 two strike cases in question (see ECF No. 37 at 5), this request will be denied. It is Plaintiff's
16 responsibility to obtain and keep his own copies of documents in his cases. Should Plaintiff still
17 wish to obtain copies of the orders in question, he may either download them from the Court's
18 docketing system, or he may submit requests to the Clerk of Court for them along with the cost
19 per page monies for those copies.

20 Accordingly, IT IS HEREBY ORDERED that:

21 1. Plaintiff's motion for leave to file a supplemental pleading (ECF No. 37) is
22 GRANTED, and

23 2. Plaintiff's request that the Court send him copies of certain documents from the three
24 strikes matters at issue in this matter (see ECF No. 37 at 5) is DENIED.

25
26 IT IS SO ORDERED.

27 Dated:   **July 11, 2025**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE
28

3