1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CARLOS MARTINEZ, A.K.A. PEDRO          No.  1:22-cv-01170 JLT GSA (PC)
    SAUCEDO CALDERON,
12                                          ORDER ACKNOWLEDGING PLAINTIFF'S
              Plaintiff,                    MOTION FOR VOLUNTARY DISMISSAL
13
                                            (ECF No. 40)
14        v.

15  SECRETARY OF CALIFORNIA                 ORDER DENYING PLAINTIFF'S MOTION
    DEPARTMENT OF CORRECTIONS               FOR RECONSIDERATION AS
16  AND REHABILITATION, et al.,             DUPLICATIVE AND MOOT

17            Defendants.                   (See ECF No. 40 at 1-7)

18

19        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

20  under 42 U.S.C. § 1983.  Plaintiff's in forma pauperis status has been revoked.  See ECF No. 35.

21  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B)

    and Local Rule 302.
22
          Plaintiff has filed a "motion for voluntary dismissal" of this case.  ECF No. 40.  Within
23
    the motion is a request that the Court reconsider its order that revoked his in forma pauperis
24
    status.  Id. at 1-7.
25
          Given that on August 1, 2025, the Court issued a reasoned opinion that denied Plaintiff's
26
    "motion for relief from judgment" on the very same in forma pauperis revocation issue (see ECF
27
    No. 37, 39) (Plaintiff's motion for relief from judgment; order denying same), the Court finds that
28

                                          1

the instant motion for reconsideration is duplicative.  As a result, it will be denied as such.

Finally,  because in the instant motion Plaintiff has requested to voluntarily dismiss this matter

(see ECF 40 at 1), any motion for reconsideration is moot.  For these reasons, the Court will

acknowledge Plaintiff's "motion for voluntary dismissal," and it will disregard Plaintiff's request

for reconsideration in it both as duplicative and as moot.  Finally, the Clerk of Court will be

directed to close this case.

      Accordingly, IT IS HEREBY ORDERED that:

    1.  The Court herein ACKNOWLEDGES Plaintiff's "motion for voluntary dismissal."

See Fed. R. Civ. P. 41(a)(1)(A)(i); see also ECF No. 40 at 1;

    2.  Plaintiff's request for reconsideration within the "motion for voluntary dismissal" (see

ECF No. 40 at 1-7) is DISREGARDED as both DUPLICATIVE and as MOOT, and

    3.  Consistent with Plaintiff's stated intent to voluntarily dismiss this matter (see ECF No.

40 at 1), the Clerk of Court shall CLOSE this case.

**Plaintiff is cautioned that given the closure of this case, any future filings in this**

**matter will be disregarded.**

IT IS SO ORDERED.

  Dated:  **August 18, 2025**        **/s/ Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE